IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DONEISHA FLOWERS, | § |
| | § No. 6, 2024 |
| Appellant Below, | § |
| Appellant, | § Court Below—Superior Court |
| | § of the State of Delaware |
| v. | § |
| | § C.A. No. N23A-06-006 |
| UNEMPLOYMENT INSURANCE | § |
| APPEAL BOARD and DIVISION OF | § |
| UNEMPLOYMENT INSURANCE, | § |
| | § |
| Appellees Below, Appellees. | § |

Submitted: June 28, 2024
Decided: September 3, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

### ORDER

After consideration of the parties' briefs and the record on appeal, we find it evident that the Unemployment Insurance Appeal Board's decision dated June 9, 2023, should be affirmed on the basis of the Superior Court's order dated December 14, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice